UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CAROL A. STICKLE,  :
              Plaintiff,  :
                :   **ORDER REGARDING**
                :   **SEALED DOCUMENTS**
v.  :
                :   20 CV 8164 (VB)
ASTORA WOMEN'S HEALTH, LLC; and  :
AMERICAN MEDICAL SYSTEMS, INC.,  :
              Defendants.  :
--------------------------------------------------------------x

       The Court having So Ordered the parties' Civil Case Discovery Plan and Scheduling Order, dated February 19, 2021, which, among other things, contains an addendum providing for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: March 1, 2021
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge