UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CAROL STICKLE,                                  :
                Plaintiff,                  :
v.                                              :   **ORDER**
                                                :
ASTORA WOMEN'S HEALTH, LLC, and                 :   20 CV 8164 (VB)
AMERICAN MEDICAL SYSTEMS, INC.,                 :
                Defendants.                 :
--------------------------------------------------------------x

      By **November 23, 2021**, plaintiff shall respond to defendants' opposition dated November 16, 2021 (Doc. #40), by letter limited to two pages.

      In addition, the parties are engaged in an ongoing meet-and-confer process regarding this dispute. (See Doc. #40, at 1 n.1, 3). By **December 2, 2021**, the parties shall submit a joint status report updating the Court on these efforts. If necessary, the Court will resolve the dispute thereafter.

Dated: November 18, 2021
      White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge